U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAR 23 2023

TONY R. MOORE, CLERK
BY_____
DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * CRIMINAL NO. 6:23-cr-00063-01 |
| | * |
| VERSUS | * JUDGE JOSEPH |
| | * MAGISTRATE JUDGE WHITEHURST |
| DUSTY GUIDRY | * |

### UNDERSTANDING OF MAXIMUM PENALTY
### AND CONSTITUTIONAL RIGHTS

I, DUSTY GUIDRY, the above-named defendant, having been furnished a copy of the charges and having discussed same with my attorney, state that I understand the nature of the charges against me and the maximum possible penalties that may be imposed against me, as follows:

**PENALTY – COUNTS 1 & 3:** A term of imprisonment of not more than five (5) years, pursuant to Title 18, United States Code, Section 371, a fine of not more than $250,000, pursuant to Title 18, United States Code, Section 3571, or both, *per count*. A term of supervised release of three (3) years pursuant to Title 18, United States Code, Section 3571; and a special assessment of $100.00, *per count*, pursuant to Title 18, United States Code, Section 3013, which under this agreement is payable and due **at the time his guilty plea is entered**, and defendant agrees to tender the $100.00 special assessment by means of a cashier's check, bank official check, or money order payable to the "Clerk, U.S. District Court."

**PENALTY – COUNT 2:** A term of imprisonment of not more than ten (10) years, pursuant to Title 18, United States Code, Section 666, a fine of not more than $250,000, pursuant to Title 18, United States Code, Section 3571, or both. A term of supervised release of three (3) years pursuant to Title 18, United States Code, Section 3571; and a special assessment of $100.00, pursuant to Title 18, United States Code, Section 3013, which under this agreement is payable and due **at the time his guilty plea is entered**, and defendant agrees to tender the $100.00 special assessment by means of a cashier's check, bank official check, or money order payable to the "Clerk, U.S. District Court."

I further state that I understand:

1. My right to be represented by counsel (a lawyer) of my choice, or if I cannot afford counsel, my right to be represented by court-appointed counsel at no cost to me;

2. My right to plead guilty or not guilty;

3. My right to have a jury trial with twelve jurors who must all agree as to my guilt in order to convict;

4. My right not to be required to testify against myself or at all, if I do not so desire;

5. My right to confront and cross-examine witnesses against me and my right to have compulsory process to require witnesses to testify.

I realize that by pleading guilty, I stand convicted of the crime charged and waive my privilege against self-incrimination, my right to jury trial, my right to confront and cross-examine witnesses, and my right of compulsory process.

I further state that my plea in this matter is free and voluntary and that it has been made without any threats or inducements whatsoever (except the Plea Agreement and the attached addenda to that agreement) from anyone associated with the United States Government or my attorney, and that the only reason I am pleading guilty is that I am in fact guilty as charged.

Thus, done and signed this _____ day of March, 2023, at Lafayette, Louisiana.

_3/23/23_
Date

_____
DUSTY GUIDRY,
Defendant

_3/23/2023_
Date

_____
THOMAS L. LORENZI
Attorney at Law
518 Pujo Street
P.O. Box 3305
Lake Charles, LA 70602-3305

BRANDON B. BROWN
United States Attorney

Dated: _3/23/2023_

_____
MYERS P. NAMIE, LA Bar No. 29359
DANIEL J. McCOY, LA Bar No. 29334
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501
Telephone: (337) 262-6618

COREY AMUNDSON
Chief, Public Integrity Section
U.S. Department of Justice

Dated: _3/23/2023_

_____
ROSALEEN T. O'GARA, AZ Bar No. 029512
TREVOR WILMOT, GA Bar No. 936961
Trial Attorneys, Public Integrity Section
U.S. Department of Justice
1301 New York Ave. NW
Washington, D.C. 20530
Telephone: (202) 514-1412