UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | | * | CRIMINAL NO. 6:23-CR-00063-01 |
| | | * | |
| VERSUS | | * | JUDGE JOSEPH |
| | | * | |
| DUSTY GUIDRY | (01) | * | MAGISTRATE JUDGE WHITEHURST |

**<u>ORDER</u>**

CONSIDERING THE FOREGOING, UNOPPOSED MOTION TO CONTINUE SENTENCING DATE [Doc. 33];

IT IS HEREBY ORDERED AND ADJUDGED that the Motion is GRANTED, and the sentencing scheduled for March 22, 2024, is hereby continued for the reasons stated therein.

IT IS FURTHER ORDERED that the three (3) related cases, Criminal Docket Numbers 6:23-CR-00063-01 (the instant matter), 6:23-CR-00269-01 (*U.S. v. Joseph Prejean*), and 6:23-CR-00294-01 (*U.S. v. Leonard C. Franques*), currently scheduled for sentencings on March 22, 2024, March 14, 2024 and April 12, 2024, respectively, be re-set for sentencing on the same date, October 24, 2024. Defendant Dusty Guidry's sentencing hearing is therefore re-set for **2:00 p.m., on October 24, 2024, in Courtroom 1**, Lafayette, Louisiana.

THUS DONE AND SIGNED in Chambers on this 7th day of March, 2024.

_____
HONORABLE DAVID C. JOSEPH
United States District Judge